

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2023

No. 04-23-00944-CV

**IN RE CUALLIX HOMES, INC.**

Original Proceeding[1]

**ORDER**

On October 23, 2023, relator Cuallix Homes, Inc. filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

It is so **ORDERED** on November 8, 2023.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2023.

Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020CI16825, styled *Actual Homeowners Association of Las Ventanas Inc. v. Cuallix Homes Inc., Las Ventanas at Crownridge Townhome Owners, and Armando Guzman*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.